IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>DAD ENTREPRENEURS, LLC,<br>a Texas Limited Liability Company,<br><br>    Defendant. | )<br>)<br>)  Case No.: 20-2483<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

Plaintiff WAYNE THOMAS files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days. The parties further request that all hearings and deadlines be adjourned.

Dated: October 13, 2020

                                                By:    */s/ Louis I. Mussman*
                                                        Louis I. Mussman
                                                        Attorney-in-charge
                                                        Florida Bar No. 597155
                                                        S.D. TX No. 2274288
                                                        Ku & Mussman, P.A.
                                                        18501 Pines Boulevard, Suite 209-A
                                                        Pembroke Pines, FL 33029
                                                        Tel: (305) 891-1322
                                                        Fax: (954) 686-3976
                                                        Louis@KuMussman.com

                                                        and

        John K. Grubb, Esq.
        Local Counsel
        State Bar No. 08553500
        John K. Grubb & Associates
        4550 Post Oak Place, Suite 201
        Houston, TX 77027-9705
        Tel: (713) 877-8800
        Fax: (713) 877-1229
        johnkgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:

DAD ENTREPRENEURS, LLC
By Serving Registered Agent:
Nadyrshah H. Dhanani
1310 Meadow Bay Court
Sugar Land, Texas 77479

        By:    */s/ Louis I. Mussman*
              Louis I. Mussman