United States District Court
Southern District of Texas
**ENTERED**
October 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, Plaintiff, | § § § § § | CIVIL ACTION NO. 4:20-cv-02483 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| DAD ENTREPRENEURS LLC, Defendant. | § § § § § | |

## ORDER

Plaintiff Wayne Thomas has provided notice of settlement of his claims against Defendant Dad Entrepreneurs LLC. Dkt 8.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendant if approval of documentation or condition precedent fails.

Signed on October 16, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge